# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2014

## NO. 03-14-00255-CV

**Murray Acuff and Gladiator Energy Services, LLC, Appellants**

**v.**

**Stuart Petroleum Testers, Inc., Appellee**

## APPEAL FROM 22ND DISTRICT COURT OF COMAL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court on April 23, 2014. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.